# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 OCT 14 PM 3:12

Andre Antrobus

_Write the full name of each plaintiff._

No. _____
(To be filled out by Clerk's Office)

-against-

New York city and Department of corrections NYC .. ET AL

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

_Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV._

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

I had said Laura Swain evidence, notarize documents of people ex rel Burse v schraldi so I can get electronic monitor and she gave me a civil law suit, which I submitted several poor persons Applications and Telling her they Blocking my mail

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

**Andre** / **Antrobus**
First Name / Middle Initial / Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.   NYSID # 05009l2l2

at mid hudson which Im in imminent danger. C# 12623
**Prisoner ID #** (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

mid hudson forensic
**Current Place of Detention**

2834 Route 17-m
**Institutional Address**

New Hampton   NY   10958
**County, City** / **State** / **Zip Code**

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☒ Other: now I moved from Amkc oct 3 2022 I could send this without it getting Blocked and open or other people like Pena Sanchez and Brian Palmer getting retaliation for helping me... And now In imminent serious injury danger

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Amkc Rikers Island 9 mod, 12A-12B mod B&C # 141-22-00-303

Date(s) of occurrence: 03-28-22 to 04-27-22 to 08-28-22, 9-01-22, 9-7-22

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. A additional pages as necessary.

right now Im in serious imminent injury with threats from staff and Lawyer Mahooney of Mid hudson of retaliation 10-06-22 they sent patient to assault me and deny me to press charges cause use of OMH directives and on 10-08-22 they did it to 23 yr old Ellis with a back problem by a older 45 yr old patient assaulted him deny him to press charges and when I talked up I was threatened more than last ask Mahooney for help she refused to get me paper work all working together to retaliate thats why Im in imminent serious danger of physical injury again like 10-06-22 !!" Now issue at hand I was gang assaulted 7 times by orders of D-O-C employees last time in 12 mod A side slice and stab me in the eye and deliberately medical neglect me like other times including cut on arm with shank, Burned on my back °300° degree water, and hit with dangerous instrument in 12 mod B, 9 mod for months which I wrote you and told you about ! my eye corona lens scratched I got 20/30 vision from 20/20 vision C.O's of 12 mod failed to protect me out of retaliation or ceding control to inhabitants " witnesses & C.O thomas, C.O Lopez, C.O. Williams, C.O Richards, C.O. Poliomo, C.O. Blackmon, C.O Byrne

I sent you a bunch of papers on the case you gave me and some came back not all I told you was before I need a civil lawyer they blocking my mail, phone, services and access also law library a due process violations. my eye Blocks out and come in I have a 2 inch scar on my face and it was on purpose when I was on the tiolet and then in front of Bubble "staB me in the Lower part of eye on the tiolet then slice me in the eye in front of BuBBle wouldn't let me press charges again

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatr if any, you required and received.

my vision was 20/20 took two test now the corona is damage goes in and out and now 20/30 and 2 inch laceration still wont let me press charges like in mid hudson Last week when I got assaulted

### VI. RELIEF

State briefly what money damages or other relief you want the court to order.

punitive Damages $5,000,000.00
compensative Damages $5,000,000.00

can't trust my eye sight

I've Been warning you for months of Retaliations Block my writ of Habeas corpus, people ex rel Nurse v schralati



Jerry pagan C# 14835
Mid Hudson forensic
2834 Route 17-M
new Hampton ny 10958

United states District Court
Southern District of new York
Attn: Judge Laura Swain taylor & clerk of courts
500 pearl street
New york, new york 10007