UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE ANTROBUS,<br><br>                              Plaintiff,<br><br>             -against-<br><br>NEW YORK CITY, ET AL.,<br><br>                              Defendants. | 22-CV-8822 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 25, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 25, 2023
             New York, New York

                                                                /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                          Chief United States District Judge